IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RAYMOND J. GREER**                                        **PETITIONER**

**V.**                                          **Civil Action No. 1:05cv441-LG-RHW**

**RONALD KING, ET AL.**                                 **RESPONDENTS**

## FINAL JUDGMENT

This cause came on this date to be heard upon the Proposed Findings of Fact and Recommendations of United States Magistrate Judge Robert H. Walker entered in this cause on May 2, 2006, together with Plaintiff's objections filed May 16, 2006.  The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed.   Accordingly,

**IT IS ORDERED AND ADJUDGED**  that the Motion to Dismiss filed February 13, 2006, [8-1] should be and is hereby **GRANTED** and Greer's §2254 petition is hereby dismissed as time-barred under 28 U.S.C. § 2244(d).

**SO ORDERED AND ADJUDGED** this the 18th day of May, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE